JON K. RENGE
CA Bar # 188529
2100 Tulare Street
Suite 406
Fresno, California 93721
Telephone: (559) 444-0300

Attorney for Defendant
SAMUEL V. WOODLAND

**FILED**

JUN 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL V. WOODLAND, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:07-MJ-00222 DLB <br><br> WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; [PROPOSED] ORDER THEREON |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Samuel V. Woodland, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Jon K. Renge, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: 6-25-08

_____
SAMUEL V. WOODLAND

DATED: 6/25/08

_____
JON K. RENGE
Attorney for Defendant

# ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: 6/26/08

_____
The Honorable Gary S. Austin
United States Magistrate Judge
Eastern District of California