1 | McGREGOR W. SCOTT
United States Attorney
2 | MARK J. McKEON
Assistant U.S. Attorney
3 | MISDEMEANOR UNIT
4401 Federal Building
4 | 2500 Tulare Street
Fresno, California 93721
5 | Telephone (559) 497-4000

6

IN THE UNITED STATES DISTRICT COURT FOR THE
7
EASTERN DISTRICT OF CALIFORNIA
8

9

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:07-mj-00222 DLB |
|---|---|---|
10 | | ) | |
| Plaintiff, | ) | |
11 | | ) | MOTION AND ORDER FOR |
| v. | ) | DISMISSAL OF INFORMATION |
12 | | ) | |
| SAMUEL V. WOODLAND, | ) | |
13 | | ) | |
| Defendant. | ) | |
14 | | ) | |
| _____ | ) | |
15

16       The United States Attorney's Office, pursuant to Rule 48(a)

17  of the Federal Rules of Criminal Procedure, hereby moves to

18  dismiss the information against SAMUEL V. WOODLAND without

19  prejudice in the interest of justice.

20

21                              Respectfully submitted,

22                              McGREGOR W. SCOTT
                                United States Attorney
23

24

25  DATED: September 3, 2008     By:  /s/MARK J. McKEON
                                      MARK J. McKEON
26                                    Assistant U.S. Attorney

27

28

1

1                                      ORDER

2        IT IS HEREBY ORDERED that the criminal complaint against

3   SAMUEL V. WOODLAND be dismissed, without prejudice, in the

4   interest of justice.

5

6

7        IT IS SO ORDERED.

8        **Dated:    September 5, 2008**              **/s/ Gary S. Austin**

9                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28